UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

Monique L. Walker,

  Plaintiff,

vs.

Village Green Management Company, BWIP Erie Shore Owner LLC, Hunter Warfield, Inc., & The Perch on Lake Apartments,

  Defendants.

:
:
:
:
:
:
:
:
:
:
:

CASE NO. 1:20-cv-1491

OPINION & ORDER

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 5, 2020, Plaintiff Monique Walker, an Ohio resident, sued Defendants Village Green Management Company, BWIP Erie Shore Owner LLC, Hunter Warfield, Inc., & The Perch on Lake Apartments, in the Lorain County Court of Common Pleas.[1] On July 7, 2020, Defendant Hunter Warfield, Inc. removed the case to this Court pursuant to 28 U.S.C. § 1441(a).[2]

Though Defendant Hunter Warfield, Inc. stated in its Notice of Removal that none of its co-defendants opposed removal to this Court,[3] it has since acknowledged that Defendant BWIP Erie Shore Owner LLC has not consented to the removal.[4] Proper removal under § 1441(a) requires that "all defendants who have been served or otherwise properly joined in

---

[1] Doc. 1-1.
[2] Doc. 1.
[3] Doc. 1.
[4] Doc. 13.

Case No. 1:20-cv-1491
Gwin, J.

the action must either join in the removal, or file a written consent to the removal." *Harper v. AutoAlliance Intern., Inc.*, 392 F.3d 195, 201 (6th Cir. 2004). The Court therefore DISMISSES the case without prejudice and remands to Lorain County Court of Common Pleas.

    IT IS SO ORDERED.

Dated: September 14, 2020          *s/*     *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE